# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> v. <br> **VIDAL ROMERO-ESQUIVEL** | **CRIMINAL COMPLAINT** <br><br> CASE NUMBER: 3:07mj72-WC |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 3, 2007__ in __Chambers__ county, in the **Middle** District of **Alabama** defendant(s) did, (Track Statutory Language of Offense)

**being an alien, knowingly re-enter the United States after having been deported, without obtaining the permission of the Secretary of Homeland Security or the Attorney General of the United States,**

in violation of Title ____8____ United States Code, Section(s) __1326(a)__.

I further state that I am a(n)  __ICE Officer__  and that this complaint is based on the following facts:
                                   Official Title

### SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

**August 20, 2007**                                                     at    **Montgomery, Alabama**
Date                                                                              City and State

**WALLACE CAPEL, JR., U.S. Magistrate Judge**            _____
Name and Title of Judicial Officer                                      Signature of Judicial Officer

## AFFIDAVIT

I, David E. Henderson, being duly first sworn, do hereby state and affirm that:

1. I am a duly sworn Special Agent of the U.S. Immigration and Customs Enforcement (ICE) assigned to the office of the Resident Agent in Charge, Mobile, Alabama. I have been employed as a federal agent for approximately seven years. One of my principal assignments has been to conduct criminal investigations of persons involved in violations of the United States Code relating to Title 8 – Aliens and Nationality, along with other violations of federal law.

2. On June 3, 2007, I was contacted by the Chambers County, Alabama Sheriff's Department concerning an individual, Vidal ROMERO-Esquivel, who had been arrested for state felony charges of Rape 1st and Kidnapping 1st. I had previously encountered ROMERO on or about December 15, 2005 upon placing him into removal proceedings subsequent to his felony conviction in the Circuit Court of Chambers County, Alabama for Criminal Possession of a Forged Instrument 2nd Degree.

3. On June 6, 2007, I interviewed ROMERO at the Chambers County Jail in Lafayette, Alabama. Prior to interviewing ROMERO, I advised him of his constitutional rights, as per Miranda in the Spanish language. ROMERO acknowledged orally and in writing that he understood his rights and proceeded to make a voluntary statement. ROMERO stated that he had last entered the United States illegally on or about March of 2007 at or near the El Paso, Texas Port of Entry. ROMERO acknowledged that his actions by re-entering the United States were illegal.

4. A check of the official immigration file revealed that ROMERO had last been deported from the United States to Mexico on January 30, 2006 at the Hidalgo, Texas Port of Entry. Additionally, the official file revealed that ROMERO had not obtained permission from the Secretary of the Department of Homeland Security or the Attorney General of the Unites States to re-enter the United States legally.

5. Vidal ROMERO-Esquivel is in violation of, but not limited to, Title 8 U.S.C. § 1326(a), reentry of deported alien without the consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security. The penalty, upon conviction, for this offense is a fine under Title 18, or imprisonment of not more than 2 years, or both.

_____
David E. Henderson, Affiant
U.S. Department of Homeland Security
Immigration and Customs Enforcement


Sworn to and subscribed before me this 20th day of August, 2007.

_____
United States Magistrate Judge