IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 3:07mj72-WC |
| VIDAL ROMERO-ESQUIVEL | ) | |

**ORDER**

For good cause,

It is ORDERED that a detention and preliminary hearing is set for **August 28, 2007 at 11:00 a.m.** in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge.

Pending this hearing, the defendant(s) shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE this 23rd day of August, 2007.

/s/ Wallace Capel, Jr.
_____
WALLACE CAPEL, JR.
UNITED STATE MAGISTRATE JUDGE