IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07mj72-WC |
| | ) | |
| VIDAL ROMERO-ESQUIVEL | ) | |

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Nathan D. Stump, and enters his notice of appearance on behalf of the United States in the above-styled cause.

Respectfully submitted this the 28th day of August, 2007.

                                             LEURA G. CANARY
                                             UNITED STATES ATTORNEY

                                             /s/Nathan D. Stump
                                             NATHAN D. STUMP
                                             Assistant United States Attorney
                                             131 Clayton Street
                                             Montgomery, AL 36104
                                             Phone: (334) 223-7280
                                             Fax: (334) 223-7135
                                             E-mail: nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  3:07mj72-WC |
| | ) | |
| VIDAL ROMERO-ESQUIVEL | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Donnie Wayne Bethel, Esq.

    Respectfully submitted,

    /s/Nathan D. Stump
    NATHAN D. STUMP
    131 Clayton Street
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: nathan.stump@usdoj.gov