IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | 3:07mj72-WC |
| ) | |
| VIDAL ROMERO-ESQUIVEL ) | |

# **ORDER**

On August 28, 2007, pursuant to Fed. R. Crim. P. 5.1, the court held a preliminary hearing. Also in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f) (2000), a detention hearing was held. Based on the evidence presented at the hearing, the court finds that there is probable cause to believe that an offense has been committed and that the defendant committed the offense. Accordingly, it is

ORDERED that the defendant be bound over to the grand jury for further action.

It is further ORDERED, for the reasons stated on the record during the hearing, that Defendant be detained pending trial in this case.

Done this 28th day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE