IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 3:07cr228-MHT |
| | ) [8 USC § 1326(a)] |
| VIDAL ROMERO-ESQUIVEL | ) |
| a/k/a Freddy Esquivel | ) |
| | ) INFORMATION |

The United States Attorney charges:

### COUNT 1

On or about June 6, 2007, in Chambers County, within the Middle District of Alabama,

VIDAL ROMERO-ESQUIVEL
a/k/a Freddy Esquivel,

defendant herein, being an alien, was found in the United States after having been deported, without obtaining the permission of the Attorney General of the United States. All in violation of Title 8, United States Code, Section 1326(a).

_____
NATHAN D. STUMP
Assistant United States Attorney