# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

VIDAL ROMERO-ESQUIVEL

**WAIVER OF INDICTMENT**

CASE NUMBER: 3:07CR228-MHT

I, __VIDAL ROMERO-ESQUIVEL__, the above named defendant, who is accused of

VIOLATIONS OF TITLE 8 USC § 1326(a).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6 Oct 07__ prosecution by indictment and consent that the
       Date
proceeding may be by information rather than by indictment.

_VIDAL ROMERO ESQUIVEL_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
       Judicial Officer