IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:07cr228-MHT |
| **VIDAL ROMERO-ESQUIVAL** | ) | |

### ORDER

Counsel for the government and defendant Vidal Romero-Esquival having orally informed the court that they do not object, it is ORDERED that sentencing, now set for December 17, 2007, is reset for January 24, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 7th day of December, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**